Saledad (Charlie) GARCIA, Appellant,

v.

The STATE of Texas, Appellee.

No. 27920.

Court of Criminal Appeals of Texas.

Jan. 4, 1956.

Luther Lee JACKSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27916.

Court of Criminal Appeals of Texas.

Jan. 4, 1956.

Blanchard & Clifford, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

Chappell & Chappell, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of beer in a dry area; the punishment, a fine of $600.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The unlawful possession of beer, whisky, wine, and gin for the purpose of sale in a dry area is the offense; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.